UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JASON JONES,<br><br>　　　　　　Petitioner,<br>v.<br>BRIAN WILLIAMS, et al.,<br><br>　　　　　　Respondents. | Case No. 2:16-cv-00342-MMD-VCF<br><br>ORDER |

Respondents have filed a motion for waiver of compliance with LR IA 10-3 (ECF No. 15). The Court grants this motion.

Petitioner has filed a motion for enlargement of time first request (ECF No. 16). The Court grants this motion.

It is therefore ordered that respondents' motion for waiver of compliance with LR IA 10-3 (ECF No. 15) is granted.

It is further ordered that petitioner's motion for enlargement of time first request (ECF No. 16) is granted. Petitioner will have through November 10, 2016, to file and serve a response to respondents' motion to dismiss (ECF No. 7).

DATED THIS 7th day of October 2016.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE